People v Cramer-Williams (2026 NY Slip Op 01665)

People v Cramer-Williams

2026 NY Slip Op 01665

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, GREENWOOD, AND HANNAH, JJ.

124 KA 23-01416

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
vVICTOR CRAMER-WILLIAMS, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (ERIN A. TRESMOND OF COUNSEL), FOR DEFENDANT-APPELLANT.
MICHAEL J. KEANE, DISTRICT ATTORNEY, BUFFALO (PAUL J. WILLIAMS, III, OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Erie County Court (James F. Bargnesi, J.), rendered July 24, 2023. The judgment convicted defendant upon his plea of guilty of manslaughter in the first degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: On appeal from a judgment convicting him upon his plea of guilty of manslaughter in the first degree (Penal Law § 125.20 [1]), defendant contends that his waiver of the right to appeal is invalid and that his sentence is unduly harsh and severe. Even assuming, arguendo, that defendant's waiver of the right to appeal is invalid and therefore does not preclude our review of his challenge to the severity of the sentence (see People v Harrison, 242 AD3d 1540, 1541 [4th Dept 2025]; People v Swiderski, 217 AD3d 1416, 1417 [4th Dept 2023]), we conclude that the sentence is not unduly harsh or severe. As the People correctly concede, however, both the certificate of conviction and the uniform sentence and commitment form must be corrected to reflect defendant's status as a second felony offender rather than a second violent felony offender (see People v Portis, 224 AD3d 1317, 1318-1319 [4th Dept 2024], lv denied 41 NY3d 985 [2024]).
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court